IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BOBBY OLLES
ADC #62018                                                                                    PLAINTIFF

V.                              No. 4:07CV00003 JMM-BD

LARRY NORRIS, Director
Arkansas Department of Correction, *et al.*                                   DEFENDANTS

### ORDER

Plaintiff, an inmate confined to the East Arkansas Regional Unit of the Arkansas Department of Correction ("ADC"), brings a pro se Complaint (#2) under 42 U.S.C. § 1983, along with an Application for Leave to Proceed In Forma Pauperis ( #1). The Court has screened the Complaint in compliance with the Prison Litigation Reform Act, 28 U.S.C. § 1915A(a), and concludes that Plaintiff's application to proceed in forma pauperis should be, and hereby is, GRANTED.[1]

---

[1] Plaintiff is notified of his responsibility to comply with Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas, which provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address to monitor the progress of the case and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of civil Procedure."

A prisoner who is permitted to file a civil action in forma pauperis still must pay a $350.00 statutory filing fee.  28 U.S.C. § 1915(b)(1).  The Plaintiff's present custodian, the Director of the ADC or a designee, is ordered to collect an initial partial filing fee of $7.50 and forward that amount to the Clerk of the Court.  Thereafter, the ADC is ordered to collect monthly payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account each time the amount in the account exceeds $10.00, and to forward those payments to the Clerk of the Court in accordance with 28 U.S.C. § 1915(b)(2) until the filing fee has been collected.  The payments should be clearly identified by the name and number assigned to this action.

The Clerk of the Court is directed to send a copy of this Order to the ADC Trust Fund Centralized Banking Office, P.O. Box 8908, Pine Bluff, Arkansas 71611; the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612; and the Warden of the East Arkansas Regional Unit, Post Office Box 180, Brickeys, Arkansas, 72320-0180.

The Clerk of the Court is requested to prepare a Summons for each Defendant, and the United States Marshal is directed to serve each defendant with a copy of the Summons, Complaint (#2), and Addendum (#3), without prepayment of expenses, costs, or security as set forth below:

(1) Larry Norris through the Compliance Division of the Arkansas Department of Correction, P.O. Box 20550, Pine Bluff, Arkansas 71612;

(2) Harry Lapin of the United States Bureau of Prisons and Ray Carnahan of the United States Marshal Service through the United States Attorney and the United States Attorney General; and

(3) Randy Johnson, Pulaski County Sheriff.

Should Defendants, the United States Attorney, or the United States Attorney General need copies of other filed documents, they are available from the Clerk's office or may be accessed through the CM/ECF system for the United States District Court, Eastern District of Arkansas. Defendants Larry Norris and Randy Johnson are directed to file an answer, motion, or other response within twenty (20) days after service, exclusive of the day of service. Defendants Harry Lapin and Ray Carnahan are directed to file an answer, motion, or other response within sixty (60) days after service, exclusive of the day of service.

IT IS SO ORDERED, this __28__ day of __February__, 2007.

_____
UNITED STATES DISTRICT JUDGE