IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BOBBY OLLES**                                                                                                        **PLAINTIFF**

**VS.**                   **CASE NO. 4:07CV00003 JMM**

**LARRY NORRIS, DIRECTOR,**
**ARKANSAS DEPARTMENT OF**
**CORRECTIONS, ET AL.**                                                                **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this ___17___ day of May, 2007.

_____
James M. Moody
United States District Judge