IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BOBBY OLLES**                                              **PLAINTIFF**

**VS.**                    **CASE NO.  4:07CV000003 JMM**

**LARRY NORRIS, DIRECTOR,**
**ARKANSAS DEPARTMENT OF**
**CORRECTIONS, ET AL.**                          **DEFENDANTS**

**ORDER**

Pending is plaintiff's Motion to Reconsider the Court's dismissal of plaintiff's complaint based upon plaintiff's failure to exhaust his administrative remedies, the applicable three-year statute of limitations, and plaintiff's failure to state a claim upon which relief can be granted.

The Court has considered all of plaintiff's arguments and finds that the exhaustion requirement does apply to plaintiff's claim, there exists no equitable tolling of the statute of limitations, and plaintiff has failed to state a claim against Norris and Johnson as there is no *respondeat superior* liability under § 1983.

The motion is denied (#32).

IT IS SO ORDERED THIS   20   day of May, 2007.

 

_____
James M. Moody
United States District Judge